IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| TAMERA K. POWELL,<br><br>    PLAINTIFF,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    DEFENDANT. | Case No. 2:18-CV-02169-BR<br><br>ORDER ON STIPULATED<br>MOTION FOR FEES AND COSTS |

Plaintiff Tamera K. Powell filed a stipulated motion, seeking an award of $5,267.80 in attorney's fees and $400 in costs. For the reasons set forth in the stipulated motion, supporting affirmation, and good cause shown, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff is granted attorney's fees in the amount of **$5,267.80** under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and **$400** in costs. Any award of EAJA fees shall be subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)) pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 24th day of September 201__.

Page 1 ORDER ON STIPLUATED MOTION FOR FEES AND COSTS
    [1:18-cv-02169-BR]

_____
Anna J. Brown
United States District Judge

Presented by:

/s/ Daniel S. Jones
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com
*PRO HAC VICE*

/s/ Jenna L. Mooney
**JENNA L. MOONEY, OSB #99324**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201-5630
Phone: 503-241-2300
Fax: 503-778-5299
Email: jennamooney@dwt.com